# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA, ex rel.
ALBERT D. CAMPBELL,**

        Plaintiffs,

-vs-                                    Case No. 6:95-cv-549-Orl-28DAB

**LOCKHEED MARTIN CORPORATION,
MARTIN MARIETTA CORPORATION,**

        Defendants.

---

## ORDER

The United States Magistrate Judge submitted a report recommending the following disposition of the motions listed below:

1. Granting in part, denying in part Relator's Application for Expenses and for Attorney's Fees and Costs (Doc. No. 508);

2. Granting in part, denying in part Relator's Petition for Attorney's Fees of Egan, Lev & Siwica, P.A. (Doc. No. 513);

3. Denying as moot Relator's Motion to Tax Costs and Expenses Incurred by Egan, Lev & Siwica, P.A. (Doc. No. 514);

4. Granting in part, denying in part Relator's Petition for Attorney's Fees, Expenses and Costs on Behalf of Pamela B. Stuart (Doc. No. 519);

5. Granting in part, denying in part Relator's Corrected Motion to Tax Costs and Expenses Incurred by Egan, Lev & Siwica (Doc. No. 522);

6. Denying Relator's Motion for Adjustment of Fees [Stuart] (Doc. No. 556); and

7. Denying Relator's Motion for Adjustment of Fees [Grosso] (Doc. No. 557).

After an independent *de novo* review of the record in this matter, and noting that objections and a response to the objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 27, 2004 (Doc. No. 559) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Relator's Application for Expenses and for Attorney's Fees and Costs (Doc. No. 508) is **GRANTED in part and DENIED in part.**

3. Relator's Petition for Attorney's Fees of Egan, Lev & Siwica, P.A. (Doc. No. 513) is **GRANTED in part and DENIED in part.**

4. Relator's Motion to Tax Costs and Expenses Incurred by Egan, Lev & Siwica, P.A. (Doc. No. 514) is **DENIED as moot.**

5. Relator's Petition for Attorney's Fees, Expenses and Costs on Behalf of Pamela B. Stuart (Doc. No. 519) is **GRANTED in part and DENIED in part.**

6. Relator's Corrected Motion to Tax Costs and Expenses Incurred by Egan, Lev & Siwica (Doc. No. 522) is **GRANTED in part and DENIED in part.**

7. Relator's Motion for Adjustment of Fees [Stuart] (Doc. No. 556) is **DENIED.**

8. Relator's Motion for Adjustment of Fees [Grosso] (Doc. No. 557) is **DENIED.**

9. Relator is awarded attorney's fees of $1,860,816.00, plus interest at the federal judgment rate ($67.80 per day) from September 11, 2003 - the date of the Order dismissing

the case with prejudice (Doc. No. 504). Interest to date totals $24,747.00, for a total amount of $1,885,563.00.

10. The Clerk is directed to enter a judgment for attorney's fees in favor of Relator in the amount of $1,885,563.00 plus interest at the prevailing rate from the date of judgment. Thereafter the Clerk shall close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10 day of September, 2004.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party