# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**ALBERT D. CAMPBELL,**

     **Plaintiffs,**

**-vs-**              **Case No.  6:95-cv-549-Orl-28DAB**

**LOCKHEED MARTIN CORPORATION,**
**MARTIN MARIETTA CORPORATION,**

     **Defendants.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Relator, Albert D. Campbell, recover of the Defendants, Lockheed Martin Corporation and Martin Marietta Corporation, attorneys' fees in the amount of $1,885,563.00 plus interest at the prevailing rate from the date of judgment.

Date:   November 23, 2004

              SHERYL L. LOESCH, CLERK

              By: s/ M. Pleicones, Deputy Clerk